[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-10061

_____

D.C. Docket No. 1:11-cr-00410-RWS-RGV-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee
Cross Appellant,

versus

HELEN E. HAMPTON,

Defendant - Appellant
Cross Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(February 3, 2014)

Before TJOFLAT, WILSON and RIPPLE,* Circuit Judges.

PER CURIAM:

Appellant Helen Hampton was convicted for violations of 18 U.S.C. § 1709, theft of mail matter by a Postal Service employee; 18 U.S.C. § 1512(c)(1), attempting to conceal documents or other objects with the intent to impair their availability for use in an official proceeding; and 18 U.S.C. § 1519, knowingly altering or destroying a record, document, or other tangible object with intent to impede the investigation of a United States agency. She appeals her conviction and raises the following issues: (1) the District Court abused its discretion in its jury charge regarding the elements of 18 U.S.C. § 1512; (2) the United States failed to provide sufficient evidence to support Hampton's conviction under each of the three statutes; and (3) the District Court erred in denying Hampton's motion to suppress evidence and statements gathered by Office of Inspector General agents on the night of November 30, 2010. After entertaining oral argument and considering the parties' briefs, we find no merit in the appeal and therefore her convictions are affirmed.

AFFIRMED.

---

* Honorable Kenneth F. Ripple, United States Circuit Judge for the Seventh Circuit, sitting by designation.